IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA WILSON,

Plaintiff,

-vs-

ASHFORD UNIVERSITY, LLC,

CASE NO.: 3:14-CV-349-J-32 MCR

Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 15th day of July, 2014 to: Ivan J. Reich, Esq., Gray Robinson, P.A., 401 E. Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301; ireich@gray-robinson.com.

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0135534
Attorney for Plaintiff